UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Jean Pierre Laforest
1973 Daly Avenue, Apt 3D
Bronx, NY 10460
Plaintiff,

v.

John Doe Security Guard,
John Doe NYPD Officers 1–4,
New York Police Department,
Family Dollar (West Farms location),
City of New York,
Defendants.

Civil Action No. [To be assigned]

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (42 U.S.C. § 1983)
Jury Trial Demanded

I. JURISDICTION
1. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343(a)(3) as this is a civil action arising u
II. VENUE
2. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) because the events occurred in Bro
III. PARTIES
3. Plaintiff Jean Pierre Laforest is a resident of Bronx, New York.
4. Defendants include:
- John Doe, a private security guard employed at Family Dollar in West Farms, Bronx.
- NYPD Officers John Does 1–4, involved in the arrest and investigation.
- The New York Police Department.
- Family Dollar (West Farms location).
- The City of New York.
IV. FACTUAL ALLEGATIONS
5. On June 13, 2024, Plaintiff was returning home from an art workshop in Brooklyn.
6. Upon exiting the 5 train at West Farms, Bronx, Plaintiff stopped at the Family Dollar to purchase a b
7. Plaintiff was followed and harassed by the store's security guard, who began accusing Plaintiff of the
8. Without justification, the security guard frisked Plaintiff and produced a knife. Plaintiff, in fear, fled th
9. Outside the store, Plaintiff tripped and fell, fracturing six ribs and dislocating his pinky.
10. The security guard assaulted Plaintiff again, slamming him into a tree fence and slashing his foreh
11. Plaintiff called 911 for help.
12. NYPD officers arrived and, rather than treating Plaintiff as a victim, arrested him and charged him
13. Plaintiff was shackled in the emergency room for two days and held in central booking for another
14. The district attorney was shocked by the nature of the charges and released Plaintiff on his own re
15. Plaintiff later learned that the Family Dollar store, its owner, the security guard, and NYPD officers
16. Plaintiff suffered severe physical and emotional trauma, reputational harm, and violation of his con
V. CLAIMS FOR RELIEF

Count I – False Arrest and Malicious Prosecution (Fourth Amendment)
Defendants NYPD officers arrested Plaintiff without probable cause and pursued baseless charges.

Count II – Excessive Force (Fourteenth Amendment)
The security guard used brutal force, and NYPD officers failed to intervene or prevent harm.

Count III – Destruction of Evidence / Spoliation (Due Process)
Video footage was intentionally destroyed by store employees and law enforcement, violating Plaintiff's

Count IV – Monell Claim (City of New York)
Plaintiff's injuries were the result of a policy or custom of misconduct and lack of oversight.

VI. PRAYER FOR RELIEF

Plaintiff respectfully requests that this Court:

a. Award compensatory damages in an amount to be determined at trial;
b. Award punitive damages against individual defendants;
c. Order declaratory and injunctive relief, if appropriate;
d. Award costs and reasonable attorney's fees (if applicable);
e. Grant any further relief the Court deems just and proper.

JURY TRIAL DEMANDED

Respectfully submitted,

Jean Pierre Laforest
Date: [Insert date of filing]

Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)
1. Full Name: Jean Pierre Laforest
2. Address: 1973 Daly Avenue, Apt 3D, Bronx, NY 10460
3. Email: jeanpierre.loforest@gmail.com
4. Employment: Not provided (can be filled in by user)
5. Income: None reported (can be edited by user)
6. Assets: None reported (can be edited by user)
7. Debts or Monthly Obligations: None reported (can be edited by user)
8. Dependents: Not listed (can be filled in by user if needed)
9. Other Circumstances: Applicant states that he cannot afford the filing fee due to financial hardship.

Declaration:
I declare under penalty of perjury that the information above is true and understand that a false statem

Signature: _____
Date: _____