UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEAN PIERRE LAFOREST,

                Plaintiff,

– against –

JOHN DOE, *Security Guard*, JOHN DOE NYPD OFFICERS 1-4, FAMILY DOLLAR, *West Farms Location*, THE CITY OF NEW YORK,

                Defendants.

**ORDER**

25-cv-03719 (ER)

Ramos, D.J.:

      On July 29, 2025, this Court issued an order which, in part, directed Family Dollar to identify the "John Doe" security guard who allegedly assaulted Mr. Laforest on June 13, 2025, at a Family Dollar store located in the West Farms neighborhood of the Bronx. Doc. 16. On August 13, 2025, counsel for the Family Dollar Stores of New York, LLC filed a letter stating that on the date of incident, Family Dollar hired outside contractor Metro One Loss Prevention Services Group, Inc. to provide security at the subject store. Doc. 18. Counsel further states, "It is our understanding that the individual involved was an employee of Metro One and not Family Dollar," and it provides the following address for Metro One: Metro One Loss Prevention Services Group, Inc., 900 South Avenue, Suite 200 Staten Island, New York, 10314. *Id.* Separately, Family Dollar requests that its time to answer Mr. Laforest's complaint be held in abeyance until his amended complaint is filed. *Id.*

      The Court grants Family Dollar's request that its deadline to answer the complaint be held in abeyance until the amended complaint is filed. Mr. Laforest is free to request information from Metro One through a third-party subpoena that complies with Federal Rule of Civil Procedure 45.

2

The Clerk of Court is directed to mail a copy of this order to Mr. Laforest.

SO ORDERED.

Dated: August 14, 2025
   New York, New York

_____
E<span>DGARDO</span> R<span>AMOS</span>, U.S.D.J.

2