UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
White Plains Courthouse

Jean-Pierre Laforest,

Plaintiff,

v.

Family Dollar Stores, Inc.,

Metro One Security Services, Inc.,

Jaquan Martin,

City of New York,

NYPD Officers John Doe 1–4,

Defendants.

Case No.: [Insert Your Docket Number Here] 25-CV-2719

Judge: [Insert Judge's Name & Initials]




(ER) (K.P.) Case No#: 25-CV-2719

## AMENDED COMPLAINT

### I. PARTIES

1. Plaintiff: Jean-Pierre Laforest, residing at 1973 Daly Avenue, Apt. 3D, Bronx, NY 10460. Email: jeanpierre.leforest@gmail.com.

2. Defendant Family Dollar Stores, Inc.: Legal Department, 500 Volvo Parkway, Chesapeake, VA 23320.

3. Defendant Metro One Security Services, Inc.: ~~1 Harmon Plaza, Suite 517, Secaucus, NJ 07094.~~ 700 South Ave. Staten Island NY 10314

4. Defendant Jaquan Martin: Employee of Family Dollar, Staten Island, NY [address unknown].

5. Defendant City of New York: Corporation Counsel, 100 Church Street, New York, NY 10007.

6. Defendant NYPD Officers John Doe 1–4: Identities unknown, sued in their individual and official capacities.

### II. JURISDICTION AND VENUE

7. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343.

8. Venue is proper in the Southern District of New York, White Plains Division, as events occurred within New York City and Defendants are subject to jurisdiction here.

### III. STATEMENT OF FACTS

9. Plaintiff brings this action for violations of his civil rights under 42 U.S.C. § 1983, as well as state law claims, arising from incidents involving Family Dollar, Metro One Security, and NYPD officers.

10. Plaintiff was falsely arrested, unlawfully imprisoned, harassed, and had his mail interfered with, causing emotional distress and fear for his safety.

11. Defendant Jaquan Martin, acting in concert with Metro One Security and Family Dollar, wrongfully targeted Plaintiff in Staten Island.

12. Plaintiff has submitted prior complaints, and the Court has directed the City to identify the NYPD officers involved.

IV. FAILURE TO COMPLY AND PLEA FOR JUDGMENT

13. The City of New York, through its attorneys, has repeatedly failed to comply with discovery obligations and Court deadlines to identify the John/Jane Doe NYPD officers.

14. Most recently, the City requested an additional thirty (30) days, extending its time to respond until September 24, 2025. Plaintiff opposes this extension, as it serves only to delay resolution of his claims.

15. Plaintiff respectfully notifies the Court that the City's repeated requests for delay constitute failure to comply with Court orders.

16. Plaintiff therefore requests that the Court deny any further extensions beyond September 24, 2025, and enter judgment in his favor against the City and the Doe officers.

V. CLAIMS FOR RELIEF

Count 1 – 42 U.S.C. § 1983 (False Arrest & Imprisonment)

Count 2 – 42 U.S.C. § 1983 (Unlawful Seizure of Mail & Harassment)

Count 3 – State Law Claims (Assault, Emotional Distress, Negligence)

Count 4 – Corporate Liability (Family Dollar & Metro One Security)

VI. PRAYER FOR RELIEF

Plaintiff respectfully requests that this Court:

a. Enter judgment in Plaintiff's favor against all Defendants;

b. Deny any further extensions by the City beyond September 24, 2025;

c. Award compensatory and punitive damages in an amount to be determined at trial;

d. Award costs and fees pursuant to 42 U.S.C. § 1988; and

e. Grant such other relief as the Court deems just and proper.

Dated: September 20, 2025

Respectfully submitted,

/s/ Jean-Pierre Laforest

Jean-Pierre Laforest

1973 Daly Avenue, Apt. 3D

Bronx, NY 10460

Email: jeanpierre.leforest@gmail.com

x [signature]  9-25-25

Jean-Pierre LAFOREST
DALYAVE
1473 ~~DALYAVE~~
APT 3D Bronx, N.Y.
10460

RECEIVED SEP 29 2025 U.S.D.C. W.P.

MID-ISLAND NY 117
25 SEP 2025 PM 4 L
USMS SDNY

U.S. District Court
300 Quarropas Street Room 105
White Plains, N.Y. 10601

RECEIVED SEP 29 2025 PRO SE OFFICE